IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DAVID TYRONE EASTLAND, #115661, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:04-cv-1182-MEF |
| | ) |
| OFFICER FERNAND, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on June 21, 2006 (Doc. #9), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice.

DONE this 13th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE